R. W. Schmook et al., Appellees, v. Charles Fane et al., Appellants.

Gen. No. 9,370.

opinion filed August 18, .1939. Wendt & Greenquist, for appellants; Joseph M. Jacobs, of counsel; Edward S. Foltz, Jr., for appellees. Opinion by JUSTICE WOLFE. ''Not to be published in full.''